IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**JIMMY KNOTTS,**

    **Plaintiff,**

  **v.**                                                                                                                                                No. CV 11-213 WJ/LAM

**STATE OF NEW MEXICO, et al.,**

    **Defendants.**

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on Magistrate Judge Lourdes A. Martínez' *Proposed Findings and Recommended Disposition (Doc. 15)*, filed on September 7, 2011. No party has filed objections to the proposed findings and recommended disposition and the deadline for filing objections has passed. The Court has determined that it will adopt the *Proposed Findings and Recommended Disposition (Doc. 15)*, grant *Defendants' Motion to Dismiss and Memorandum of Law in Support (Doc. 9)*, and dismiss Mr. Knotts' claim without prejudice.

**IT IS THEREFORE ORDERED** that the *Proposed Findings and Recommended Disposition (Doc. 15)* are **ADOPTED** by the Court;

**IT IS FURTHER ORDERED** that *Defendants' Motion to Dismiss and Memorandum of Law in Support (Doc. 9)* is **GRANTED**; and

**IT IS FURTHER ORDERED** that this case be **DISMISSED WITHOUT PREJUDICE** and that a final judgment be entered concurrently with this order.

**IT IS SO ORDERED.**

                                                                        **HONORABLE WILLIAM P. JOHNSON**
                                                                        **UNITED STATES DISTRICT JUDGE**